WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank, National Association, as Trustee for C-BASS Trust 2006-CB9, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB9*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS TRUST 2006-CB9, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB9, an Ohio Company,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendants. | Case No.: 2:17-cv-00246-GWN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS TRUST 2006-CB9, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB9, an Ohio Company; RICHARD JASPER, | |

an Individual,
    Counter/Cross-Defendants.

COMES NOW Plaintiff/Counter-Defendant, U.S. Bank, National Association, as Trustee for C-BASS Trust 2006-CB9, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB9 ("U.S. Bank"), Defendant/Counterclaimant/Cross-Claimant, SFR Investments Pool 1, LLC ("SFR"), and Defendant Rancho Las Brisas Master Homeowners Association ("Rancho Las Brisas" or "HOA"), by and through their undersigned and respective counsel of record, hereby stipulate and agree as follows:

In light of the illness of Plaintiff's counsel and the upcoming holiday, the Parties are requesting a brief, two-week extension to the response deadline to the Parties' competing Motions for Summary Judgment.

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of two (2) weeks up to and until November 29, 2017, to file their respective Responses to Motions for Summary Judgment, filed on October 25, 2017 [ECF No. 44, 45, and 42].

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. This is the Parties first request for extension of the response deadline to dispositive motions. This request is not intended to cause any delay or prejudice to any party.

DATED this 14th day of November, 2017.    DATED this 14th day of November, 2017.

WRIGHT, FINLAY & ZAK, LLP                 KIM GILBERT EBRON

 */s/ Lindsay D. Robbins, Esq.*             */Jacqueline A. Gilbert, Esq.*
Lindsay D. Robbins, Esq.                  Jacqueline A. Gilbert, Esq.
*Attorneys for Plaintiff*                 Diana S. Ebron, Esq.
                                          *Attorneys for SFR Investments Pool 1, LLC*

DATED this 14th day of November, 2017.

GORDON REES SCULLY MANSUKHANI, LLP

 */s/ Rachel L. Wise, Esq.*
Rachel L. Wise, Esq.
*Attorneys for Rancho Las Brisas*

## **ORDER**

IT IS HEREBY ORDERED that the Parties shall have an extension of two (2) weeks up to and until November 29, 2017, to file their respective Responses to the Motions for Summary Judgment.

DATED this 19 day of November, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP

 */s/ Lindsay D. Robbins, Esq.*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 50
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Ste. 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*