WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank, National Association, as Trustee for C-BASS Trust 2006-CB9, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB9*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS TRUST 2006-CB9, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB9, an Ohio Company,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendants. | Case No.: 2:17-cv-00246-GWN-CWH<br><br>**STIPULATION AND ORDER TO STAY LITIGATION PENDING SETTLEMENT CONFERENCE** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS TRUST 2006-CB9, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB9, an Ohio Company; RICHARD JASPER, | |

an Individual,
    Counter/Cross-Defendants.

COMES NOW Plaintiff/Counter-Defendant, U.S. Bank, National Association, as Trustee for C-BASS Trust 2006-CB9, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB9, Defendant/Counterclaimant/Cross-Claimant, SFR Investments Pool 1, LLC, and Defendant, Rancho Las Brisas Master Homeowners Association, by and through their undersigned and respective counsel of record, hereby stipulate and agree as follows:

In light of the Court's recent Order Scheduling Settlement Conference for January 19, 2018 [ECF No. 62], and in the interest of judicial economy, the parties seek a stay of this action pending the outcome of the settlement conference.

IT IS HEREBY STIPULATED AND AGREED that all proceedings in this lawsuit are stayed, and all upcoming deadlines, hearings and conferences, including the deadline to file a reply to the response to dispositive motions and the pre-trial order, shall be vacated pending the stay.

| DATED this 11th day of December, 2017. | DATED this 11th day of December, 2017. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
| */s/ Lindsay D. Robbins, Esq.* | */s/ Diana S. Ebron, Esq.* |
| Lindsay D. Robbins, Esq.<br>Nevada Bar No. 13474<br>*Attorneys for Plaintiff* | Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>*Attorneys for SFR Investments Pool 1, LLC* |

DATED this 11th day of December, 2017.
GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Rachel L. Wise, Esq.*
Rachel L. Wise, Esq.
Nevada Bar No. 12303
*Attorneys for Rancho Las Brisas*

**ORDER**

IT IS SO ORDERED.

DATED this December 12, 2017.

_____
UNITED STATES MAGISTRATE JUDGE