WRIGHT, FINLAY & ZAK, LLP
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank, National Association, as Trustee for C-BASS Trust 2006-CB9, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB9*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS TRUST 2006-CB9, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB9, an Ohio Company,<br><br>        Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>        Defendants. | Case No.: 2:17-cv-00246-GWN-CWH<br><br>**STIPULATION AND ORDER TO LIFT STAY** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>        Counter/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS TRUST 2006-CB9, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB9, an Ohio Company; RICHARD JASPER, | |

| | |
|---|---|
| an Individual,<br>    Counter/Cross-Defendants. | |

COMES NOW Plaintiff/Counter-Defendant, U.S. Bank, National Association, as Trustee for C-BASS Trust 2006-CB9, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB9 (hereinafter "U.S. Bank), Defendant/Counterclaimant/Cross-Claimant, SFR Investments Pool 1, LLC (hereinafter "SFR"), and Defendant, Rancho Las Brisas Master Homeowners Association (hereinafter "Rancho Las Brisas"), by and through their undersigned and respective counsel of record, hereby stipulate and agree as follows:

On October 25, 2017, Rancho Las Brisas filed its Motion for Summary Judgment [ECF No. 42], SFR filed its Motion for Summary Judgment [ECF No. 44], and U.S. Bank filed its Motion for Summary Judgment [ECF. No. 45].

On December 1, 2017, Rancho Las Brisas filed its Opposition to U.S. Bank's Motion for Summary Judgment [ECF No. 54], SFR filed its Opposition to U.S. Bank's Motion for Summary Judgment [ECF. No. 55], Rancho Las Brisas filed its Opposition to SFR's Motion for Summary Judgment [ECF No. 57], U.S. Bank filed its Opposition to Rancho Las Brisas HOA's Motion for Summary Judgment [ECF No. 58], and U.S. Bank filed its Opposition to SFR's Motion for Summary Judgment [ECF No. 60].

After the Parties filed their respective Oppositions to the pending Motions for Summary Judgment, the Court referred this matter to the Magistrate Judge for a settlement conference [ECF No. 61]. On December 8, 2017, and Order Scheduling a Settlement Conference for January 19, 2018, was issued [ECF No. 62].

On December 12, 2017, the Court granted a Stipulation and Order to Stay Litigation Pending Settlement Conference [ECF No. 64]. On January 19, 2018, the Parties participated in a settlement conference, which did not result in settlement [ECF No. 65]. Based thereon, the Parties wish to lift the stay and continue briefing the pending Motions for Summary Judgment.

**IT IS HEREBY STIPULATED AND AGREED** that the stay in this action is hereby LIFTED.

/././

**IT IS FURTHER STIPULATED AND AGREED** that the Parties shall file their respective Reply in Support of their pending Motions for Summary Judgment no later than **March 20, 2018**.

DATED this 27th day of February, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
*Attorneys for Plaintiff*

DATED this 27th day of February, 2018.

KIM GILBERT EBRON

*/s/ Diana S. Ebron, Esq.*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 27th day of February, 2018.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ David T. Gluth II, Esq.*
David T. Gluth II, Esq.
Nevada Bar No. 10596
*Attorneys for Rancho Las Brisas*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this February 28, 2018.