Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email: speek@hollandhart.com
rlwise@hollandhart.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS TRUST 2006-CB9, C-BASS MORTGAGE LOAN ASSETBACKED CERTIFICATES, SERIES 2006- CB9, an Ohio Company<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendants. | Case No. 2:17-cv-00246-GMN-CWH<br><br>**MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS TRUST 2006-CB9, C-BASS MORTGAGE LOAN ASSETBACKED CERTIFICATES, SERIES 2006- CB9, an Ohio Company; RICHARD JASPER, an individual,<br><br>Counter/Cross Defendants. | |

Pursuant to LR IA 10.6(e), Rachel L. Wise, Esq., hereby moves this Court for an Order removing her from all service lists, including the court's electronic notification list, in the above-captioned case.

Attorney Wise is no longer employed by Gordon Rees Scully Mansukhani, LLP.

DATED this 27th day of April, 2018.

HOLLAND & HART LLP

/s/ Rachel L. Wise
Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

**IT IS SO ORDERED**

U. S. MAGISTRATE JUDGE
DATED: May 1, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of April, 2018, a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                          */s/ Joyce Heilich*
                                          An Employee of Holland & Hart LLP

10837083_1