# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SFR Investment Pool 1, LLC

        Cross Claimant

v.

Richard Jasper

        Cross Defendant

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00246-GMN-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of SFR Investment Pool 1, LLC and against Richard Jasper.

October 2, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk