DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS TRUST 2006-CB9, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB9, an Ohio Company,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and RANCHO LAS BRISAS MASTER HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS TRUST 2006-CB9, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB9, an Ohio Company; RICHARD JASPER, an individual,<br><br>Counter/Cross Defendants. | Case No. 2:17-cv-00246-GMN-CWH<br><br>**STIPULATION AND ORDER TO STAY LITIGATION** |

U.S. Bank, National Association, as Trustee for C-Bass Trust 2006-CB9, C-Bass Mortgage

Loan Asset-Backed Certificates, Series 2006-CB9, ("U.S. Bank, NA") and SFR Investments Pool

- 1 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1, LLC ("SFR") and Rancho Las Brisas Master Homeowners Association (collectively, the "Parties"), by and through their counsel of record, hereby notify the Court that they have reached an agreement in principle to resolve the claims as to the Parties and that the settlement agreement has been executed by the Parties. Based thereon, the Parties stipulate to stay litigation for sixty (60) days and request a status check be set. This stay is to allow the parties to formalize their agreement.

The Parties hereby request that the Court vacate all pending deadlines including but not limited to the renewed dispositive motions deadline of February 24, 2020.

| DATED this 14th day of February, 2020. | DATED this 14th day of February, 2020. |
|---|---|
| **KIM GILBERT EBRON** | **WRIGHT FINLAY & ZAK LLP** |
| */s/ Jacqueline A. Gilbert* | */s/ Michael S. Kelley* |
| JACQUELINE A. GILBERT, ESQ. | MICHAEL S. KELLEY, ESQ. |
| Nevada Bar No. 10593 | Nevada Bar No. 10101 |
| 7625 Dean Martin Drive, Suite 110 | 7785 W. Sahara Ave., Suite 200 |
| Las Vegas, Nevada 89139 | Las Vegas, Nevada 89117 |
| *Attorney for SFR Investments Pool 1, LLC* | *Attorney for US Bank, National Association* |

DATED this 14th day of February, 2020.
**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Karen Kao*
Karen Kao, Esq.
Nevada Bar No. 14386
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Rancho Las Brisas Master Homeowners Association*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Parties shall file a joint status report on April 20, 2020, addressing settlement.

Dated this __18__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:
KIM GILBERT EBRON

*/s/ Jacqueline A. Gilbert*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

-